1  PILLSBURY WINTHROP LLP
   WILLIAM F. ABRAMS 88805
2    william.abrams@pillsburylaw.com
   JOSEPH R. TIFFANY II 67821
3    joseph.tiffany@pillsburylaw.com
   DIANNE L. SWEENEY  187198
4    dianne.sweeney@pillsburylaw.com
   2475 Hanover Street
5  Palo Alto, CA  94304-1114
   Telephone: (650) 233-4500
6  Facsimile: (650) 233-4545

7  Attorneys for Plaintiff and Counterdefendant
   POSTX CORPORATION and Counterdefendants
8  MAYFIELD ASSOCIATES FUND VI,
   MAYFIELD ASSOCIATES FUND IV, L.P.,
9  MAYFIELD IX, L.P., MAYFIELD XI,
   MAYFIELD XI QUALIFIED and
10 MAYFIELD PRINCIPALS FUND II

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16 POSTX CORPORATION, | Case Nos.  C02-04483 SI |
|                       |            C03-0521 SI |
| 17                Plaintiff, | |
|                              | [PROPOSED] ORDER GRANTING |
| 18   vs. | MOTION FOR ADMINISTRATIVE |
|          | RELIEF TO FILE DOCUMENTS |
| 19 SECURE DATA IN MOTION, INC., d/b/a | UNDER SEAL [Civil L.R. 7-11; Civil |
|    SIGABA; CLEARSWIFT CORPORATION, | L.R. 79-5] |
| 20 and JAMES REID, | |
| 21                Defendants. | |
| 22 | |
| 23 AND RELATED COUNTERCLAIMS | |
| 24 | |

25

26      Due to the fact that the unredacted version of the Memorandum In PostX

27 Corporation's Opposition to Sigaba's Motion for Summary Adjudication of Common Law

28 Unfair Competition Claim, and Exhibits B, C, G, and H to the Declaration of Theodore K.

1  Bell in support thereof contain or disclose information that was designated as "Highly
2  Confidential – Attorneys' Eyes Only" by Sigaba under the terms of the parties' Stipulated
3  Protective Order, entered by this Court on December 30, 2003, and Exhibit I contains
4  deposition testimony designated "Highly Confidential – Attorneys' Eyes Only" by PostX
5  Corporation.
6      IT IS HEREBY ORDERED THAT the Motion for Administrative Relief to File
7  Documents Under Seal is GRANTED and PostX may file the above-identified documents
8  under seal.
9  Dated:  June __, 2005.

*IT IS SO ORDERED*
*Judge Susan Illston*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA