1 PILLSBURY WINTHROP SHAW PITTMAN LLP
  WILLIAM F. ABRAMS 88805
2     william.abrams@pillsburylaw.com
  JOSEPH R. TIFFANY II 67821
3     joseph.tiffany@pillsburylaw.com
  NICOLE M. TOWNSEND 189655
4     nicole.townsend@pillsburylaw.com
  DIANNE L. SWEENEY  18798
5     dianne.sweeney@pillsburylaw.com
  2475 Hanover Street
6 Palo Alto, CA  94304-1114
  Telephone: (650) 233-4500
7 Facsimile: (650) 233-4545

8 Attorneys for Plaintiff and Counterdefendant
  POSTX CORPORATION and Counterdefendants
9 MAYFIELD ASSOCIATES FUND VI,
  MAYFIELD ASSOCIATES FUND IV, L.P.,
10 MAYFIELD IX, L.P., MAYFIELD XI,
  MAYFIELD XI QUALIFIED and
11 MAYFIELD PRINCIPALS FUND II

12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16 _____
                                        )
17 POSTX CORPORATION,                   )  Case Nos. C02-04483 SI
                                        )            C03-0521 SI
18                    Plaintiff,        )
                                        )  [PROPOSED] ORDER GRANTING
19      vs.                             )  POSTX'S MOTION FOR
                                        )  ADMINISTRATIVE RELIEF TO FILE
20 SECURE DATA IN MOTION, INC., d/b/a   )  DOCUMENTS UNDER SEAL
   SIGABA; CLEARSWIFT CORPORATION,      )  [Civil L.R. 7-11; Civil L.R. 79-5]
21 and JAMES REID,                      )
                                        )
22                    Defendants.       )
   _____ )
23                                      )
   AND RELATED COUNTERCLAIMS.           )
24 _____ )

25

26

27

28

1    Due to the fact that the unredacted version of PostX's Reply in Support of Motion

2    for Summary Adjudication of Sigaba's  Sherman Act Counterclaims (Counts I, II, & III)

3    and Exhibit C to the Declaration of Dianne L. Sweeney in Support of PostX's Reply in

4    Support of Motion for Summary Adjudication of Sigaba's Sherman Act Counterclaims

5    (Counts I, II, & III) contain or disclose information that was designated as "Highly

6    Confidential – Attorneys' Eyes Only" by Sigaba or by a third party under the terms of the

7    parties' Stipulated Protective Order, entered by this Court on December 30, 2003,

8        IT IS HEREBY ORDERED THAT PostX's Motion for Administrative Relief to

9    File Documents Under Seal is GRANTED and PostX may file the above-identified

10   documents under seal.

11

12   Dated:  July ___, 2005.

13   _____

14                    Susan Illston
                United States District Judge

15

16                  APPROVED

17

18              Judge Susan Illston

19

20

21

22

23

24

25

26

27

28