| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | WILLIAM F. ABRAMS 88805 |
| 2 |    william.abrams@pillsburylaw.com |
|   | JOSEPH R. TIFFANY II 67821 |
| 3 |    joseph.tiffany@pillsburylaw.com |
|   | NICOLE M. TOWNSEND 189655 |
| 4 |    nicole.townsend@pillsburylaw.com |
|   | DIANNE L. SWEENEY 187198 |
| 5 |    dianne.sweeney@pillsburylaw.com |
|   | 2475 Hanover Street |
| 6 | Palo Alto, CA 94304-1114 |
|   | Telephone: (650) 233-4500 |
| 7 | Facsimile: (650) 233-4545 |
| 8 | Attorneys for Plaintiff and Counterdefendant |
|   | POSTX CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POSTX CORPORATION, | Case Nos. C02-04483 SI |
|           Plaintiff, | C03-0521 SI |
|    vs. | [PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL [Civil L.R. 7-11; Civil L.R. 79-5] |
| SECURE DATA IN MOTION, INC., d/b/a SIGABA; CLEARSWIFT CORPORATION, and JAMES REID, | |
|           Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

Due to the fact that Exhibit B (SD0058655-57; SD0058661-65; SD0058717-741) of PostX Corporation's Letter Brief dated September 9, 2005 (the "Letter Brief") contains information that was designated as "Highly Confidential – Attorneys' Eyes Only" by Sigaba under the terms of the parties' Stipulated Protective Order, entered by this Court on

1  December 30, 2003,

2      IT IS HEREBY ORDERED THAT the Motion for Administrative Relief to File

3  Documents Under Seal is GRANTED and PostX may file the above-identified documents

4  under seal.

5

6  Dated:

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GRANTED

Judge Susan Illston