UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION,<br><br>  Plaintiff,<br><br>  vs.<br><br>SECURE DATA IN MOTION, INC. d/b/a SIGABA, CLEARSWIFT CORPORATION, and JAMES REID.<br><br>  Defendants. | Case Nos. C02-04483 SI and C03-0521 SI<br><br>**[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL [Civil L.R. 7-11; Civil L.R. 79-51**<br> |
| AND RELATED COUNTERCLAIMS | |

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO
FILE UNDER SEAL/ CASE NO. C 02-4483 SI

17667\829059.1

Having considered the papers submitted on the Application to File Certain Documents Under Seal, and good cause appearing therefor,

IT IS HEREBY ORDERED, that:

Sigaba's Application to File Certain Documents Under Seal is GRANTED, and Sigaba may file the following documents under seal:

1. The UNREDACTED version of the Reply In Support of Sigaba's Motion for Leave to Amend.

2. Exhibit B to the Reply Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend. Exhibit B is a true and correct copy of PostX's Opposition to Sigaba's Motion for Summary Adjudication of Unfair Competition, filed June 23, 2005. Sigaba seeks to file these documents under seal because it, almost in its entirety, quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

3. Exhibit C to the Reply Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend. Exhibit C is a true and correct copy of excerpts from the deposition transcripts of Yogen Dalal. Sigaba seeks to file this document under seal because it, almost in its entirety, quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

4. Exhibit D to the Reply Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend. Exhibit D is a true and correct copy of excerpts from the deposition transcripts of Thampy Thomas. Sigaba seeks to file this document under seal because it, almost in its entirety, quotes and discusses evidence that has been designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30, 2003, in this action.

5. Exhibit E to the Reply Declaration of John L. Cooper in Support of Sigaba's Motion for Leave to Amend. Exhibit E is a true and correct copy of the PostX Corporation's Regular Meeting of the Board of Directors, dated June 19, 2002. Sigaba seeks to file this

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE UNDER SEAL / CASE NO. C 02-4483 SI     2     17667\829059.1

1   document under seal because it, almost in its entirety, quotes and discusses evidence that has been
2   designated as Confidential or "Attorneys Eyes Only" by the Parties under the terms of the
3   Revised Protective Order, dated December 30, 2003, in this action.

4         6.    Exhibit F to the Reply Declaration of John L. Cooper in Support of Sigaba's
5   Motion for Leave to Amend. Exhibit F is a true and correct copy of Summary Partners' Meeting,
6   dated July 22, 2002. Sigaba seeks to file this document under seal because it, almost in its
7   entirety, quotes and discusses evidence that has been designated as Confidential or "Attorneys
8   Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30,
9   2003, in this action.

10        7.    Exhibit H to the Reply Declaration of John L. Cooper in Support of Sigaba's
11  Motion for Leave to Amend. Exhibit H is a true and correct copy of excerpts of from the
12  deposition transcript of Terry Michael Olkin. Sigaba seeks to file this document under seal
13  because it, almost in its entirety, quotes and discusses evidence that has been designated as
14  Confidential or "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective
15  Order, dated December 30, 2003, in this action.

16        8.    Exhibit I to the Reply Declaration of John L. Cooper in Support of Sigaba's
17  Motion for Leave to Amend. Exhibit I is a true and correct copy of e-mail string bearing bates
18  numbers MAYFIELD 0001786-1787. Sigaba seeks to file this document under seal because it,
19  almost in its entirety, quotes and discusses evidence that has been designated as Confidential or
20  "Attorneys Eyes Only" by the Parties under the terms of the Revised Protective Order, dated
21  December 30, 2003, in this action.

22        9.    Exhibit K to the Reply Declaration of John L. Cooper in Support of Sigaba's
23  Motion for Leave to Amend. Exhibit K is a true and correct copy of excerpts from the deposition
24  transcripts of Allen Morgan. Sigaba seeks to file this document under seal because it, almost in
25  its entirety, quotes and discusses evidence that has been designated as Confidential or "Attorneys
26  Eyes Only" by the Parties under the terms of the Revised Protective Order, dated December 30,
27  2003, in this action.

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO FILE UNDER SEAL/ CASE NO. C 02-4483 SI     3     17667\829059.1

**IT IS SO ORDERED.**

DATED: _____

**Honorable Susan Illston**

GRANTED
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER GRANTING SIGABA'S APPLICATION TO
FILE UNDER SEAL/ Case No. C 02-4483 SI

4

17667\829059.1