William F. Abrams, State Bar No. 88805
Joseph R. Tiffany II, State Bar No. 67821
Nicole T. Bartow, State Bar No. 189655
Dianne L. Sweeney, State Bar No. 187198
PILLSBURY WINTHROP SHAW PITTMAN LLP
2475 Hanover Street
Palo Alto, California 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Plaintiff and Counterdefendant
PostX Corporation

John L. Cooper, State Bar No. 050324
James W. Morando, State Bar No. 087896
Jeffrey M. Fisher, State Bar No. 155284
Stephanie Powers Skaff, State Bar No. 183119
FARELLA BRAUN & MARTEL LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant and Counterclaimant
Secure Data in Motion, Inc. d/b/a Sigaba

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SECURE DATA IN MOTION, INC. d/b/a SIGABA, CLEARSWIFT CORPORATION, and JAMES REID,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case Nos. C02-04483 SI and C03-0521<br><br>**STIPULATION AND ORDER TO RESET NOVEMBER 7, 2005 TRIAL DATE DUE TO THE UNAVAILABILITY OF ROBERT COOK DUE TO HEALTH PROBLEMS**<br><br>**Date:** n/a<br>Time: n/a<br>Dept: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIP AND ORDER TO RESET TRIA/
C 02-4483 SI AND C03-0521-SI

17667\836761.1

The following stipulation is respectfully submitted to this Court:

Counsel for Secure Data in Motion, Inc. d/b/a Sigaba ("Sigaba") makes the following representations:

- Robert Cook, the Executive Chairman of Sigaba, defendant and counterclaimant in this action, has recently suffered serious medical problems such that he will not be able to prepare for and participate in the scheduled November 7, 2005 trial of this matter;
- Mr. Cook is the primary client contact between Sigaba and its counsel and an important trial witness for Sigaba. As detailed in Sigaba's pre-trial conference filing, Sigaba intends to offer Mr. Cook as a witness on liability and damages; and
- Sigaba's counsel has learned the following concerning Mr. Cook's condition:
    a) Over the weekend of October 1, Mr. Cook suffered serious health problems which severely impaired his balance, gait, speech, motor skills and stamina, and which also caused him to be in severe pain. He was immediately hospitalized and placed under the care of neurologists at University of California at San Francisco Medical Center.
    b) Yesterday afternoon, Sigaba's counsel was informed by Mr. Cook's wife that his condition is such that he cannot participate in trial preparation and trial for a November 7 trial. Mr. Cook's treating physician has informed him that he cannot endure the workload and stress of trial preparation and participation in a trial for approximately four months, depending on his progress in recovery.

Based upon these representations, IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record and subject to approval by the Court, that:

- the trial presently scheduled for November 7, 2005 shall be reset to an available trial date in February 2006;
- Sigaba's pending Rule 54(b) motion and its Motion in Limine No. 4 as

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIP AND ORDER TO RESET TRIAL/ C 02-4483 SI AND C03-0521-SI   1   17667\836761.1

well as PostX's pending Motions in Limine Nos. 2-5 (which address the scope of the trial) should be set for hearing on November 4, 2005 or the next available Court date (the briefing thereon will be pursuant to the Local Rules); and

- the remaining motions in limine should be heard at the final pre-trial conference to be held in connection with trial in February 2006.

The parties also jointly request that the current pre-trial filing deadlines of Tuesday, October 11, 2005 be vacated.

IT IS SO STIPULATED.

DATED: October 6, 2005            PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/
William F. Abrams, Esq.
Attorneys for Plaintiff and Counterdefendant
PostX Corporation

DATED: October 6, 2005            FARELLA BRAUN & MARTEL LLP

By: /s/
John L. Cooper
Attorneys for Defendant and Counterclaimant,
Secure Data in Motion, Inc. d/b/a Sigaba

**ORDER**

Based upon the foregoing stipulation, and upon the telephone status conference which the Court conducted with the parties on October 6, 2005, good cause appearing, IT IS ORDERED:

(1) the November 7, 2005 trial date is vacated and trial is set for February 21, 2006 at 8:30 a.m.;

(2) the pre-trial conference presently set for October 18, 2005 is reset to February 7, 2006, at 3:30 p.m.;

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIP AND ORDER TO RESET TRIA/    2    17667\836761.1
C 02-4483 SI AND C 03-0521-SI

(3) Sigaba's Motion in Limine No. 4 as well as PostX's pending Motions in Limine Nos. 2-5 (which address the scope of the trial) are set for hearing on November 4, 2005, and unless further ordered by the Court, Sigaba's Rule 54(b) motion will not be heard on November 4, 2005; and

(4) all briefing responses and other pretrial obligations presently due on October 11, 2005 are vacated.

IT IS HEREBY ORDERED.

DATED: _____

Hon. _____

GRANTED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIP AND ORDER TO RESET TRIA/
C 02-4483 SI AND C03-0521-SI

3

17667\836761.1