| | |
|---|---|
| John L. Cooper, SBN 050324<br>James W. Morando, SBN 087896<br>Jeffrey M. Fisher, SBN 155284<br>Stephanie Powers Skaff, SBN 183119<br>Eric W. Bass, SBN 206241<br>Farella Braun & Martel LLP<br>Russ Building, 30th Floor<br>235 Montgomery Street<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>Attorneys for Defendant and Counterclaimant<br>Secure Data in Motion, Inc. d/b/a Sigaba | William F. Abrams, State Bar No. 88805<br>Joseph R. Tiffany II, State Bar No. 67821<br>Nicole T. Bartow, State Bar No. 189655<br>Dianne L. Sweeney, State Bar No. 187198<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2475 Hanover Street<br>Palo Alto, California 94304-1114<br>Telephone: (650) 233-4500<br>Facsimile: (650) 233-4545<br><br>Attorneys for Plaintiff and Counterdefendant<br>PostX Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>SECURE DATA IN MOTION, INC. d/b/a SIGABA,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case Nos. C02-04483 SI and C03-0521<br><br>STIPULATION RE BRIEFING AND HEARING SCHEDULE RE POST-TRIAL MOTIONS; [PROPOSED] ORDER<br><br>Date:   n/a<br>Time:   n/a<br>Dept:   Courtroom 10, 19th Floor<br>Judge:  Hon. Susan Illston |

    PostX Corporation ("PostX") and Secure Data in Motion, Inc. d/b/a Sigaba ("Sigaba") hereby stipulate as follows:

    WHEREAS, on April 4, 2006, Sigaba filed several post-trial Motions,[1] which it noticed for hearing on May 12, 2006;

    WHEREAS, on April 10, 2006, the Court continued the hearing date for these Motions until May 26, 2006 [Docket No. 1134]; and

---

[1] Sigaba filed the following post-trial Motions: (1) Motion For Award Of Reasonable Attorneys' Fees Re PostX's Patent Claims Pursuant To 35 U.S.C. § 285; (2) Motion And Renewed Motion For Judgment As A Matter Of Law On PostX's Unfair Competition Claim Or Alternatively Motion For New Trial; and (3) Motion To Alter Or Amend Judgment.

STIPULATION RE BRIEFING
C02-04483 SI and C03-0521 SI

17667\926147.1

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

WHEREAS, due to scheduling conflicts on May 26, 2006, the parties have agreed to continue the hearing on these Motions until June 2, 2006 (the next available hearing date on the Court's calendar) and have also agreed to a briefing schedule such that Sigaba shall have an additional week to prepare its Reply Briefs beyond what is provided under the Local Rules;

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that, subject to approval by the Court, the following briefing and hearing schedule shall be adopted on Sigaba's Motions:

- May 5, 2006      PostX will file its response to Sigaba's Motions
- May 19, 2006      Sigaba will file its Reply Briefs
- June 2, 2006 @ 9:00 a.m.      Hearing on Sigaba's Motions
  (or the next available hearing date)

DATED: April 11, 2006      FARELLA BRAUN & MARTEL LLP

By: /s/ Jeffrey M. Fisher
     Jeffrey M. Fisher, Esq.

Attorneys for Defendant
Secure Data in Motion, Inc. d/b/a Sigaba

DATED: April 11, 2006      PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Nicole Townsend Bartow
     Nicole Townsend Bartow, Esq.

Attorneys for Plaintiff
PostX Corporation

I hereby attest that I have on file the holograph signature of Nicole Townsend Bartow, indicated above as a conformed (/s/) signature.

DATED: April 11, 2006      FARELLA BRAUN & MARTEL LLP

By: /s/ Jeffrey M. Fisher
     Jeffrey M. Fisher, Esq.

Attorneys for Defendant
Secure Data in Motion, Inc. d/b/a Sigaba

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE BRIEFING
C02-04483 SI and C03-0521 SI      - 2 -      17667\926147.1

1  PURSUANT TO STIPULATION IT IS SO ORDERED:

2  Dated: _____

3  _____
   THE HONORABLE SUSAN ILLSTON
4  Judge of the United States District Court

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE BRIEFING
C02-04483 SI and C03-0521 SI          - 3 -                              17667\926147.1