1   John L. Cooper, SBN 050324                William F. Abrams, State Bar No. 88805
    James W. Morando, SBN 087896              Joseph R. Tiffany II, State Bar No. 67821
2   Jeffrey M. Fisher, SBN. 155284            Nicole T. Bartow, State Bar No. 189655
    Stephanie Powers Skaff, SBN 183119        Dianne L. Sweeney, State Bar No. 187198
3   Eric W. Bass, State Bar No. 206241        PILLSBURY WINTHROP SHAW PITTMAN
    Farella Braun & Martel LLP                LLP
4   Russ Building, 30th Floor                 2475 Hanover Street
    235 Montgomery Street                     Palo Alto, California  94304-1114
5   San Francisco, CA  94104                  Telephone: (650) 233-4500
    Telephone:  (415) 954-4400                Facsimile:  (650) 233-4545
6   Facsimile:  (415) 954-4480

7   Attorneys for Defendant                   Attorneys for Plaintiff and Counterdefendant
    Secure Data in Motion, Inc. d/b/a Sigaba  PostX Corporation

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11

    POSTX CORPORATION,                        Case Nos.  C02-04483 SI and C03-0521
12
                    Plaintiff,                STIPULATION RE BRIEFING AND
13                                            HEARING SCHEDULE RE POST-TRIAL
            vs.                               MOTIONS; [PROPOSED] ORDER
14
    SECURE DATA IN MOTION, INC. d/b/a         Date:     n/a
15  SIGABA,                                   Time:     n/a
                                              Dept:     Courtroom 10, 19th Floor
16                  Defendant.                Judge:    Hon. Susan Illston

17
    AND RELATED COUNTERCLAIMS.
18

19

20          PostX Corporation ("PostX") and Secure Data in Motion, Inc. d/b/a Sigaba ("Sigaba")

21  hereby stipulate as follows:

22          WHEREAS, on April 4, 2006, Sigaba filed several post-trial Motions,[1] which it originally

23  noticed for hearing on May 12, 2006;

24          WHEREAS, on April 12, 2006, the Court granted the parties' Stipulation to continue the

25  hearing date for these Motions until June 2, 2006 and established a briefing schedule in

26  _____

27  [1] Sigaba filed the following post-trial Motions:  (1) Motion For Award Of Reasonable Attorneys' Fees Re PostX's
    Patent Claims Pursuant To 35 U.S.C. § 285; (2) Motion And Renewed Motion For Judgment As A Matter Of Law
    On PostX's Unfair Competition Claim Or Alternatively Motion For New Trial; and (3) Motion To Alter Or Amend
28  Judgment.

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

STIPULATION RE BRIEFING C02-04483 SI                                          17667\940902.1

1    connection with the Motions [Docket No. 1136]; and

2        WHEREAS, further scheduling conflicts have arisen since the Court granted the April 12,

3    2006 Stipulation with respect to the briefing and hearing schedule for the Motions;

4        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

5    attorneys of record that, subject to approval by the Court, the following briefing and hearing

6    schedule shall be adopted on Sigaba's Motions:

7        •    May 10, 2006          PostX will file its response to Sigaba's Motions

8        •    May 24, 2006          Sigaba will file its Reply Briefs

9        •    June 9, 2006 @ 9:00 a.m.    Hearing on Sigaba's Motions

10   DATED: May 1, 2006                FARELLA BRAUN & MARTEL LLP

11

12                                    By: /s/ Jeffrey M. Fisher
                                          Jeffrey M. Fisher, Esq.
13
                                      Attorneys for Defendant
14                                    Secure Data in Motion, Inc. d/b/a Sigaba

15   DATED: May 1, 2006                PILLSBURY WINTHROP LLP

16

17                                    By:     /s/ Nicole Townsend Bartow
                                          Nicole Townsend Bartow, Esq.
18
                                      Attorneys for Plaintiff
19                                    PostX Corporation

20       I hereby attest that I have on file the holograph signature of Nicole Townsend Bartow,

21   indicated above as a conformed signature.

22   DATED: May 2, 2006                FARELLA BRAUN & MARTEL LLP

23

24                                    By: /s/ Jeffrey M. Fisher
                                          Jeffrey M. Fisher, Esq.
25
                                      Attorneys for Defendant
26                                    Secure Data in Motion, Inc. d/b/a Sigaba

27

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE BRIEFING C02-04483 SI          - 2 -                           17667\940902.1

1    PURSUANT TO STIPULATION IT IS SO ORDERED:

2    Dated: _____

3                                    _____
                                     THE HONORABLE SUSAN ILLSTON
4                                    Judge of the United States District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

STIPULATION RE BRIEFING C02-04483 SI      - 3 -                           17667\940902.1