**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POSTX CORPORATION,

        Plaintiff,
  v.

SECURE DATA IN MOTION, INC., dba SIGABA,

        Defendant.
                                        /

AND RELATED COUNTERCLAIMS.
                                        /

No. C 02-04483 SI
Related Case C 03-521 SI

**ORDER DENYING RULE 50 MOTIONS BY POSTX AND SIGABA**

The Rule 50 motion filed on March 15, 2006 by PostX concerning Sigaba's common law unfair competition claims (Docket # 1087) was DENIED. Similarly, the Rule 50 motion filed on March 15, 2006 by Sigaba concerning PostX's unfair competition claims (Docket # 1090) was also DENIED.

**IT IS SO ORDERED.**

Dated: July 24, 2006

                                                            _/s/ Susan Illston_
                                                            SUSAN ILLSTON
                                                            United States District Judge