| | |
|---|---|
| John L. Cooper, SBN 050324<br>James W. Morando, SBN 087896<br>Jeffrey M. Fisher, SBN 155284<br>Stephanie Powers Skaff, SBN 183119<br>Farella Braun & Martel LLP<br>Russ Building, 30th Floor<br>235 Montgomery Street<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>Attorneys for Defendant<br>Secure Data in Motion, Inc. d/b/a Sigaba | Joseph R. Tiffany II, State Bar No. 67821<br>Nicole T. Bartow, State Bar No. 189655<br>Dianne L. Sweeney, State Bar No. 187198<br>PILLSBURY WINTHROP SHAW<br>PITTMAN LLP<br>2475 Hanover Street<br>Palo Alto, California 94304-1114<br>Telephone: (650) 233-4500<br>Facsimile: (650) 233-4545<br><br>Attorneys for Plaintiff and Counterdefendant<br>PostX Corporation and Counterdefendants<br>Mayfield Entities |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSTX CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>SECURE DATA IN MOTION, INC. d/b/a SIGABA,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case Nos. C02-04483 SI and C03-0521<br><br>STIPULATION RE UNSEALING PORTIONS OF THE RECORD; [PROPOSED] ORDER<br><br>Date: n/a<br>Time: n/a<br>Dept: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |

    Plaintiff and Counter-Defendant PostX Corporation ("PostX") and Counter-Defendants Mayfield Principals Fund II, Mayfield XI Qualified, Mayfield XI, Mayfield IX, L.P., Mayfield Associates Fund VI, Mayfield Associates Fund IV, L.P. (the "Mayfield Entities") and Defendant and Counter-Claimant Secure Data in Motion, Inc. d/b/a Sigaba ("Sigaba") hereby stipulate as follows:

    WHEREAS, pursuant to a Protective Order entered by this Court, the parties filed several documents under seal with this Court in these actions; and

    WHEREAS, appeal Nos. 2006-1565 and 2006-1566 are now pending before the Federal Circuit Court of Appeals arising from these actions; and

    WHEREAS, pursuant to Rule 11 of the Federal Rules Appellate of Procedure, the clerk of

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE UNSEALING PORTIONS
OF THE RECORD C02-04483 SI, C03-0521

17667\1166081.1

1 this Court must forward the trial court record in these actions to the Federal Circuit Court of
2 Appeals; and

3       WHEREAS, pursuant to Federal Circuit Rule 11(d), the parties have reviewed selected
4 sealed portions of the record to determine whether those materials need to remain protected on
5 appeal. A list of the materials reviewed by the parties is attached hereto as Exhibit A; and

6       WHEREAS, PostX and the Mayfield Entities have no objection to the unsealing of the
7 documents produced by PostX, the Mayfield Entities and non-party Alloy Ventures listed on
8 Exhibit A, and Sigaba has no objection to the unsealing of the balance of the materials listed on
9 Exhibit A;

10       IT IS HEREBY STIPULATED by and between the parties hereto through their respective
11 attorneys of record that, subject to approval by the Court, the materials listed on Exhibit A and
12 previously filed under seal with this Court do not need to remain protected on appeal and are to
13 be unsealed.

14 DATED: February 5, 2007       FARELLA BRAUN & MARTEL LLP

16       By: /s/ Jeffrey M. Fisher
17            Jeffrey M. Fisher, Esq.

18       Attorneys for Defendant
      Secure Data in Motion, Inc. d/b/a Sigaba

19 DATED: February 5, 2007       PILLSBURY WINTHROP SHAW
20       PITTMAN LLP

22       By: /s/ Nicole Townsend Bartow
           Nicole Townsend Bartow, Esq.

23       Attorneys for Plaintiff and Counterdefendant
24       PostX Corporation and Counterdefendants
      Mayfield Entities

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE UNSEALING PORTIONS
OF THE RECORD C02-04483 SI, C03-0521    - 2 -    17667\1166081.1

1  I hereby attest that I have on file the holograph signature of Nicole Townsend Bartow,
2  indicated above as a conformed signature.
3  DATED: February 5, 2007                    FARELLA BRAUN & MARTEL LLP
4
5                                             By: /s/ Jeffrey M. Fisher
                                                  Jeffrey M. Fisher, Esq.
6
7                                             Attorneys for Defendant
                                              Secure Data in Motion, Inc. d/b/a Sigaba
8  PURSUANT TO STIPULATION IT IS SO ORDERED:
9  Dated: _____
10                                             _____
11                                             THE HONORABLE SUSAN ILLSTON
                                               Judge of the United States District Court

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE UNSEALING PORTIONS
OF THE RECORD C02-04483 SI, C03-0521        - 3 -                    17667\1166081.1